FILED by \_\_\_NF\_\_\_ D.C.

Mar 25, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-10006-CR-KING/TORRES

16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B))
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

DAN Q. LIN,
    a/k/a "WENDY,"

                  Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

**Illegal Sale or Purchase of Wildlife**
**(16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B))**

### BACKGROUND

At all times material to this Information:

1. The federal Lacey Act, among other things, made it unlawful for any person to import, export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce, any fish or wildlife, taken, possessed, transported, or sold in violation of any law or regulation of any state. 16 U.S.C. § 3372(a)(2)(A).

2. **DAN Q. LIN** was Vice President, Director, and co-owner of a Florida corporation engaged in the export of live Florida spiny lobsters to markets in China. Neither the corporation nor any of the officers and directors held a valid Wholesale Dealer's license issued by the State of Florida.

3. From on or about August 18, 2010 through on or about September 10, 2010, defendant **DAN Q. LIN,** made commercial purchases of Florida spiny lobster from harvesters in Monroe County, Florida.

4. Florida Statute 379.362(1) makes it unlawful for any person, who buys saltwater products in the State and sells saltwater products other than directly to consumers, to deal in the State in saltwater products without first procuring a "wholesale dealer" license. Subsection (6) of Florida Statute 379.362 further requires the creation and maintenance by a wholesale purchaser of seafood products of records reflecting the harvester's identity, the quantity purchased, and the date of the transaction.

5. An individual known to the United States Attorney, (hereafter referred to as the President), a resident of the State of Florida, was President and sole Director of a Florida corporation with its principal place of business in Pompano Beach, FL. Through the business entity, the President was engaged in the wholesale commercial seafood industry, including the export of live Florida spiny lobster to the seafood market in China.

6. From on or about August 18, 2010 through on or about September 10, 2010, the President allowed defendant **DAN Q. LIN,** to package and ship spiny lobster harvested in Monroe County to China, utilizing the facilities, shipping agents, and Employer Identification Number of the corporate business entity in Pompano Beach. The lobster was transported from the Florida Keys to the corporate business premises in Pompano Beach, and subsequently transferred to a commercial airfreight carrier at Miami International Airport for export to Hong Kong, China.

7. On or about August 17, 2010, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**DAN Q. LIN,
a/k/a "WENDY,"**

did knowingly engage in conduct that involved the sale and purchase of, and intent to sell and purchase wildlife with a market value in excess of $350.00, that is, approximately 446 kilograms of live Florida spiny lobster (*Panulirus argus*), and did knowingly purchase, acquire, transport, sell, and export said wildlife in foreign commerce, and did knowingly acquire, transport, sell, and export, knowing that said wildlife was possessed, transported, and sold in violation of and in a manner unlawful under the laws and regulations of the State of Florida, specifically Florida Statute 379.362(1), (6).

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B), and Title 18, United States Code, Section 2.

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
Thomas A. Watts-FitzGerald
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DAN Q. LIN,

Defendant.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

____ Miami    _X_ Key West
____ FTL      ____ WPB      ____ FTP

New Defendant(s)           Yes ____   No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _YES_
   List language and/or dialect    _MANDARIN_

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                       (Check only one)

   I    0 to 5 days       _X (PLEA)_     Petty     ____
   II   6 to 10 days      ____           Minor     ____
   III  11 to 20 days     ____           Misdem.   ____
   IV   21 to 60 days     ____           Felony    _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court?  (Yes or No)    _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)    _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes   _X_ No

_____
THOMAS WATTS-FITZGERALD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0273538

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DAN Q. LIN

**Case No:** _____

Count # 1: _____

Illegal Sale or Purchase of Wildlife

Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(1)(B)

*** Max. Penalty:** Five (5) years' imprisonment

Count #: _____

_____

_____

***Max. Penalty:** _____

Count #: _____

_____

_____

***Max. Penalty:** _____

Count #: _____

_____

_____

***Max. Penalty:** _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DAN Q. LIN | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

*Judge's printed name and title*