

# UNITED STATES DISTRICT COURT
MAGISTRATE COURT / SOUTHERN DISTRICT OF FLORIDA / KEY WEST

UNITED STATES OF AMERICA    CASE NUMBER: 2016-CR-10006-King
            Plaintiff
   VS.                      USMS NUMBER: 13132-104

LIN, Danqin (Wendy)
            Defendant

(1) DATE AND TIME OF ARREST: 4 / 1 / 2016 ___:___ AM or PM
(2) LANGUAGE SPOKEN: Mandarin    INTERPRETER NEEDED: (YES) or NO
(3) OFFENSE CHARGED: Lacey Act    CODE: _____
(4) YEAR OF BIRTH: 1973
(5) TYPE OF CHARGING DOCUMENT: (Check One) Information

   { } INDICTMENT              { } COMPLAINT
   { } PROBATION VIOLATION     { } BENCH WARRANT FOR FAILURE TO APPEAR
ORIGINAL DISTRICT: S/FL

(6) REMARKS: _____
(7) DATE: 4 / 1 / 16   (8) ARRESTING AGENT: Hunter
(9) AGENCY: ICE    (10) PHONE: (786) 229-4284
(11) COMMENTS: _____